1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of
_____ Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2017 SEP 29 A 10:56

WILLIAM W. BLEVINS
CLERK

Burton G. Brunson
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

City of New Orleans, Mitchell J. Landrieu, Joe Doe, Professional Account Management LLC
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

17-9853
SECT. G  MAG. 3

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**
   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.
   
   | | |
   |---|---|
   | Name | Burton G. Brunson |
   | Street Address | 4615 Saint Roch Avenue |
   | City and County | New Orleans |
   | State and Zip Code | La. 70122 |
   | Telephone Number | 504 450 9877 |
   | E-mail Address | burtzq32@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.
   Defendant No. 1
   
   | | |
   |---|---|
   | Name | City of New Orleans |
   | Job or Title *(if known)* | Municipality |
   | Street Address | 1300 Perdido Street |
   | City and County | New Orleans |

α Fee 400.00
\_\_ Process _____
X Dktd _____
\_\_ CtRmDep \_\_\_\_
\_\_ Doc. No. \_\_\_\_\_

Page of 5
1

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

|  |  |
|---|---|
| State and Zip Code | 70112 |
| Telephone Number | 504 658 4000 |
| E-mail Address *(if known)* |  |

Defendant No. 2
| | |
|---|---|
| Name | Mitchell J. Landrieu |
| Job or Title *(if known)* | Private citizen |
| Street Address | 2336 Octavia Street |
| City and County | New Orleans |
| State and Zip Code | La 70115 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3
| | |
|---|---|
| Name | Joe Doe |
| Job or Title *(if known)* | Identity and details to be established |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4
| | |
|---|---|
| Name | Professional Account Management LLC |
| Job or Title *(if known)* | Collection agency |
| Street Address | 501 Louisiana Avenue |
| City and County | Baton Rouge, East Baton Rouge |
| State and Zip Code | Louisiana 70802 |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*
  ☒ Federal question        ☐ Diversity of citizenship

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

   List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
   Amendment 5 of the United States Constitution provides a citizen cannot be deprived of property without due process of law.
   Amendment 8 of the United States Constitution provides that excessive fines shall not be imposed

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

   1.  The Plaintiff(s)

       a.  If the plaintiff is an individual
           The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

       b.  If the plaintiff is a corporation
           The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
           and has its principal place of business in the State of *(name)* _____.

       *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

   2.  The Defendant(s)

       a.  If the defendant is an individual
           The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

       b.  If the defendant is a corporation
           The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.
           Or is incorporated under the laws of *(foreign nation)* _____,
           and has its principal place of business in *(name)* _____.

       *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.  The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

1 Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

III. **Statement of Claim**

Write a short and plain statement of the claim.
About 5 pm, on or about October 6, 2016, plaintiff parked a car, legally, in the 600 block of City Park Avenue in New Orleans. About 6 pm the same day, plaintiff returned to find the car bore a parking citation, and had been immobilized by a device attached to a front wheel. Plaintiff called a phone number listed on the citation. Plaintiff asked the person at that number what the plaintiff had to do to have the immobilizing device removed, and was told he had to pay $331. Plaintiff paid $331 by Visa card, and the device was later removed. Plaintiff's bank subsequently said the $331 had been collected by "Pam Nola". Plaintiff later determined that "Pam Nola" is not registered with the Louisiana Secretary of State. It is the understanding of plaintiff that "Pam Nola" is an unregistered trade name used by individuals including Mitchell J. Landrieu, and Professional Account Management LLC, and the City of New Orleans, and possibly others. It is plaintiff's understanding that the immobilizing device previously referenced was applied to plaintiff's car by an agent of "Pam Nola". That agent is referred to herein as Joe Doe.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order.
Plaintiff asks for return of the $331, multiplied by three as provided for in 18 USC 96 1964; plus the $400 filing costs; plus $100 for the expenses of filing this complaint; plus $1000 as a token response to the stress caused by the aggression of the defendants; for a total of $2,493.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-27-17

Signature of Plaintiff
Printed Name of Plaintiff    Burton G. Brunson

B. **For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address