UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BURTON G. BRUNSON                                          CIVIL ACTION

VERSUS                                                     NO: 17-9853

CITY OF NEW ORLEANS, et al                                 SECTION: G

**JUDGMENT**

Pursuant to the Order issued herein, **IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiffS' claims are dismissed without prejudice for lack of subject matter jurisdiction.

New Orleans, Louisiana, this  15th  day of August 2018.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT